**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**HAMID AL RAZAK**, <u>et</u> <u>al.</u>,          :
                                                :
    **Petitioners,**          :
                                                :
    **v.**                    :          **Civil Action No. 05-1601 (GK)**
                                                :
**GEORGE W. BUSH**, <u>et</u> <u>al.</u>,        :
                                                :
    **Respondents.**          :
_____:

### <u>ORDER</u>

A Status Conference was held in this case on January 13, 2009, which was open to the public.  Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED,** that Petitioners will file a Notice with the Court if they wish to proceed with their petition for <u>habeas</u> <u>corpus</u>; and it is further

**ORDERED,** that parties shall file a Joint Status Report on **March 1, 2009,** describing how the case is proceeding.

|  |  |
|---|---|
|  | /s/ |
| January 14, 2009 | Gladys Kessler |
|  | United States District Judge |

<u>Copies to</u>:  Attorneys of Record via ECF